### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-58-KC |
| | § | |
| PURE SOLUTIONS, INC. d/b/a PURE FACTORS and JEFFREY KORENTUR, | § § § | |
| | § | |
| Defendants. | § | |

### ORDER

On this day, the Court considered Plaintiff Erik Salaiz's Motion to Dismiss with Prejudice, ECF No. 4, filed on March 22, 2023, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 23rd day of March, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE